972 F.2d 1334
 Venari (Anthony John Allen, Jr.)
v.
Domovich (Andy), Foster (Debbie, Sgt.), Riddle (Officer),
Turner (Robert B.), Blaze (Joseph, Jr., I.), Taylor (R.),
Gallentine, Thompson (James G.), Goad (David J.), Callithen
(Harry S.), Raksyawski (John), Slavic (Lt.), Seiverling (Thomas W.)
 NO. 91-3924
 United States Court of Appeals,
Third Circuit.
 July 21, 1992
 
 Appeal From: W.D.Pa.,
 Bloch, J.
 
 
 1
 AFFIRMED.